U.S.D.N.Y
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/08

# Sanders Ortoli | Vaughn-Flam | Rosenstadt llp

501 Madison Avenue
14th Floor
New York
NY 10022-5616
tel: (212) 588-0022
dir: (212) 829-8921
fax: (212) 826-9307
glz@sovrlaw.com

www.sovrlaw.com

July 30, 2008

VIA TELECOPIER (212) 805-7912
Honorable John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street, 1030
Courtroom 12 B
New York, New York, 10007-1581

**APPLICATION GRANTED**
**SO ORDERED**
7/30/08
John G. Koeltl, U.S.D.J.

Re: Julio Garcia & Elton Brahja adv. Sandros Restaurant, d.b.a. and Sandro Fioriti,
Case Number: 08 CV 6051 (the "Action")

Dear Judge Koeltl:

This letter is written by the attorneys for defendants Sandros Restaurant and Sandros Fioriti (the "Defendants") to request an extension of time within which to respond to the complaint, dated June 15, 2008, and served upon the Defendants on July 18, 2008 (the "Complaint"). Defendants are required to respond to the Complaint by August 7, 2008. After conferring with our adversary, the parties have agreed to adjourn Defendants' time to respond to the Complaint to August 27, 2008. No previous requests for an adjournment of time to respond to the Complaint has been requested by Defendants.

Defendants respectfully request that this Court grant the request for an extension of time to respond to the Complaint. Should the Court have any questions or concerns regarding the foregoing, please feel free to contact the undersigned directly.

Very truly yours,

Gena Zaiderman (GZ1943)
Sanders Ortoli Vaughn-Flam Rosenstadt LLP
501 Madison Avenue, 14th Floor
New York, N.Y. 10022
(212) 588-0022

cc: R. Avshalumov, by telecopier (718) 263-9598