```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/03/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - :

Julio Garcia & Elton Brahja
          Plaintiff(s)                      :      CONSENT TO PROCEED BEFORE
                                            :      UNITED STATES MAGISTRATE JUDGE
      - against -                           :
Sandros Restaurantz                         :      08  civ.  6051 (JCK) ( )
Sandra Fiori tt
          Defendant(s)                      :
- - - - - - - - - - - - - - - - - - :

IT IS HEREBY STIPULATED by the undersigned:

   1. All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

   2. Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

_____          _____
Attorney(s) for Plaintiff(s)       Attorney(s) for Defendant(s)
Address 69/12 Austin, Forest Hills NY   Address 501 Madison Ave NY NY 10022
Telephone 718.263.9591             Telephone 212-568-0022

_____          _____
Attorney(s) for _____            Attorney(s) for _____
Address                            Address
Telephone                          Telephone

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b)).

SO ORDERED.

9/3/08   _____
                   U.S.D.J.

Magistrate Judge _____ was assigned this case on _____
19___

                                    _____
                                    For: Clerk U.S.D.C. S.D.N.Y.